ACCEPTED
03-14-00035-CV
7759602
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 10:47:08 AM
JEFFREY D. KYLE
CLERK

# No. 03-14-00035-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 10:47:08 AM
JEFFREY D. KYLE
Clerk

**In the Third Court of Appeals of Texas**

## In the Estate of
## Evelyn Landua Koehler, Deceased

An Appeal from County Court at Law No. 1 of Bell County, Texas
The Honorable Judge Edward Johnson, Presiding
Trial Court Cause No. 29,462

## SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF ON THE MERITS

To the Honorable Court of Appeals:

Comes now Kanda Koehler, Appellee in the above case, and files this Second Unopposed Motion to Extend Time to File Appellee's Brief on the Merits. In support of this Motion, Appellee shows as follows:

1.      Appellants filed their Brief Requesting Oral Argument on September 18, 2015. Appellee's Brief on the Merits was initially due on October 19, 2015.

2.      Appellee previously requested an extension of time, which the Court granted. The Court extended the time for the filing of Appellee's Brief on the Merits to November 18, 2015.

3. Appellee requests a second extension of time for 30 days to file her brief. If granted, the extension would change the due date for Appellee's Brief on the Merits to December 18, 2015.

4. Good cause exists for the extension of time to file Appellee's Brief in this case. Counsel for Appellee has had to attend other court matters and lead counsel has been out of the country for ten days attending to mediation and legal ethics training of lawyers in the country of Uganda. Certainly, that trip was planned and anticipated, but the extent of counsel's backlog upon return was not anticipated.

5. No party will be prejudiced by the extension of time requested. This request is not sought for delay but so that justice may be done. Appellants do not oppose this request. Therefore, Appellee requests that the Court extend Appellee's file date for her Brief on the Merits to December 18, 2015.

Wherefore, premises considered, Appellee respectfully requests this Court to extend the time for filing her Brief on the Merits to December 18, 2015.

Respectfully submitted,

BAIRD, CREWS, SCHILLER & WHITAKER, P.C.

By:   /s/ Jack R. Crews
      **JACK R. CREWS**
      State Bar Card No.:  05072300
      (254) 743-7320 – Direct
      E-mail: jackcrews@bcswlaw.com
      **KENNETH R. VALKA**
      State Bar Card No.:  20435300
      (254) 743-7350 – Direct
      E-mail: kenvalka@bcswlaw.com
      **BENJAMIN D. BURNETT**
      State Bar Card No.:  24072012
      (254) 743-7324 – Direct
      E-mail: benjaminburnett@bcswlaw.com

      15 North Main Street
      Temple, Texas 76501
      Fax:  (254) 774-9353

      ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

The parties in this case have conferred and no party opposes this Motion.

    /s/ Benjamin D. Burnett
    BENJAMIN D. BURNETT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was sent to the person(s) named below pursuant to Tex. R. App. P. 9.5(b) on November 10, 2015:

Robert Little
Kristen A. Mynar
Naman, Howell, Smith & Lee, PLLC
400 Austin Ave., Ste. 800
Waco, Texas 76701
*ATTORNEYS FOR APPELLANTS*

/s/ Ben Burnett

BENJAMIN D. BURNETT
